UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| TERESA D. WINANS, | |
|---|---|
| Plaintiff, | Civil No. C11-1854-TSZ |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ORDER AMENDING THE<br>SCHEDULING ORDER |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including February 16, 2012, to file a Response to Plaintiff's Complaint.

DATED this 13th day of January, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1    ORDER - [C11-1854-TSZ]

Presented by:

s/ Summer Stinson
SUMMER STINSON
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3704
Fax: (206) 615-2531
summer.stinson@ssa.gov