UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERESA D. WINANS, )
) CASE NO. C11-1854-TSZ
    Plaintiff, )
)
    v. )
) REPORT AND RECOMMENDATION
MICHAEL ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )
_____ )

Plaintiff brought this action to seek judicial review of the denial of her application for Disability Insurance Benefits and Supplemental Security Income by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 18.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will provide a *de novo* hearing and a new decision pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff may testify, submit additional evidence, and make new arguments at the hearing. The ALJ shall make a new, full sequential disability evaluation, including re-evaluating plaintiff's impairments,

REPORT AND RECOMMENDATION
PAGE -1

credibility, residual functional capacity, and ability to perform work at steps four and five of the sequential evaluation process. As part of this evaluation, the ALJ shall consider and evaluate the medical evidence in the record, specifically evaluating the evidence to reassess the severity of plaintiff's mental impairments at step two. The ALJ shall evaluate all the medical and other source evidence, including the opinions of Dr. Cynthia Curnan, Dr. Jeffrey Nelson, Dr. Stan Baxter, and the other source evidence from Diane Thiel, LSW, and Beth Bentley, and if he rejects any opinions or evidence, shall provide legally sufficient reasons. If necessary, the ALJ should also seek the testimony of a medical expert with expertise in either psychology or psychiatry. The ALJ shall also re-evaluate plaintiff's residual functional capacity and ability to perform work at steps four and five and, if necessary, obtain supplemental vocational expert testimony to assist in determining the affect that plaintiff's limitations (including mental limitations) would have on her ability to perform work related activities. Upon proper presentation, plaintiff may be entitled to reasonable attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

Given the above, the Court recommends that United States District Judge Thomas S. Zilly immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 22nd day of March, 2012.

Mary Alice Theiler
United States Magistrate Judge