UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERESA D. WINANS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

CASE NO. C11-1854-TSZ

ORDER OF REMAND

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 18.) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation, docket no. 19;

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 22nd day of March, 2012.

                                                           /s/ Thomas S. Zilly
                                                          THOMAS S. ZILLY
                                                          United States District Judge